## WARTENBACH v. STATE.
### No. 22015.

Court of Criminal Appeals of Texas.
March 18, 1942.

Erwin K. Stork, of Austin, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for bigamy, punishment assessed being confinement in the penitentiary for a term of two years.

The indictment appears to sufficiently charge the offense. The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.